**Terry Douglas CAMPBELL, Plaintiff–Appellant,**

v.

**Chuck WRIGHT, Sheriff; Neil Urch, Deputy; J. Hudson, Deputy; J. Parris, Deputy; Nurse Jane Doe; Chief Parris, a/k/a Moe Poe; Michael Sean Nix, a/k/a Po Poe; Dr. Sal Bianco, a/k/a John Doe, Defendants–Appellees,**

and

**The Municipality of Spartanburg County; D. Greene; T. Camp, Defendants.**

No. 15–6599.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2015.

Decided: Sept. 23, 2015.

Terry Douglas Campbell, Appellant Pro Se. Amy Miller Snyder, Clarkson Walsh Terrell & Coulter, PA, Greenville, South Carolina, for Appellees.

Before KING, SHEDD, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Douglas Campbell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Campbell v. Wright,* No. 6:14–cv–01832–BHH, 2015 WL 1400368 (D.S.C. Mar. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*